NUMBER 13-07-378-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE: DENA T. CASTILLO

 
On Petition for Writ of Mandamus 


MEMORANDUM OPINION 
 

 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam


 

 Relator, Dena T. Castillo, filed a petition for writ of mandamus in the above cause
on June 12, 2007. The Court, having examined and fully considered the documents on file
and petition for writ of mandamus, is of the opinion that relator has not shown herself
entitled to the relief sought and the petition for writ of mandamus should be denied. See
Tex. R. App. P. 52.8(a). Accordingly, the petition for writ of mandamus is DENIED. 

 PER CURIAM


Yanez, J., not participating. 


Memorandum Opinion delivered and

filed this the 26th day of June, 2007.